# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** November 29, 2005

**TO:** John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL  62701

**FROM:** Gino J. Agnello, Clerk

**RE:** 03-4144
Van Diest Supply Co v. Shelby County State
99 C 3195, Jeanne E. Scott, Judge

FILED
NOV 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The mandate or agency closing letter in this cause issued on 10/25/05.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ]  | Volumes Administrative Record |
| [2]  | Volumes Pleadings |
| [1]  | Volumes Loose Pleadings |
| [ ]  | Volumes Transcripts |
| [ ]  | Volumes Exhibits |
| [ ]  | Volumes Depositions |
| [ ]  | In Camera material |
| [ ]  | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative